IN RE WILKINSON CHILDREN

No. 355P98

Case below: 130 N.C.App. 340

Petition by respondent (Lisa Wilkinson) for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

JOHNSON v. FIRST UNION CORP.

No. 485PA98

Case below: 128 N.C.App. 450

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 30 December 1998. Conditional petition by defendants (Cigna and Deffenbaugh) for discretionary review pursuant to G.S. 7A-31 allowed 30 December 1998.

KOONTZ v. DAVIDSON COUNTY BD. OF ADJUST.

No. 401P98

Case below: 130 N.C.App. 479

Petition by respondent for writ of supersedeas denied and temporary stay dissolved 30 December 1998. Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.

LEAHY v. N.C. BD. OF NURSING

No. 360PA96

Case below: 123 N.C.App. 354

Petition by respondent (N.C. Board of Nursing) for discretionary review pursuant to G.S. 7A-31 allowed 30 December 1998.